UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　*Plaintiff*,<br><br>　　　　　v.<br><br>48,877 bags, more or less, of kratom powder in 30 gram, 100 gram, and 250 gram configurations labeled in part: "Earth Kratom . . . Supplement Facts . . . Distributed by Fire Wholesale"<br><br>6,681 bags, more or less, of kratom capsules in 30 count, 65 count, 100 count, 150 count, and 300 count configurations, labeled in part: "Earth Kratom . . . Supplement Facts . . . Distributed by Fire Wholesale"<br><br>17,772 kilograms, more or less, of bulk kratom powder in 1 kilogram, 5 kilogram, 10 kilogram, 20 kilogram, 25 kilogram, 30 kilogram packages<br><br>836 kilograms, more or less, of bulk kratom capsules<br><br>400 bottles, more or less, of 72 and 75 count kratom capsules, labeled in part: "Earth Kratom . . . Supplement Facts . . . Distributed by Fire Wholesale"<br><br>and<br><br>all other quantities of the aforesaid articles of food with any lot number and in any size or type container that are labeled or otherwise appear to contain, or are, kratom, located at 706 Seaboard Street, Myrtle Beach, South Carolina or 710-B Seaboard Street, Myrtle Beach, South Carolina.<br><br>　　　　　　　*Defendants*. | Civil Action No. |

## APPLICATION WARRANT FOR ARREST *IN REM*

　　　The United States of America respectfully requests that the Clerk of this Court issue the attached Warrant of Arrest in Rem, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. In support of its application, the United States says the following:

1

1. On November 5, 2018, the United States filed a complaint for civil forfeiture *in rem* in the above-referenced case, which seeks the forfeiture of articles of food identified in the caption ("Defendant Articles")

2. The Defendant Articles are located at the premises known as 706 Seaboard Street, Myrtle Beach, South Carolina, and 710-B Seaboard Street, Myrtle Beach, South Carolina.

3. Under the circumstances present in this case, Supplemental Rule G(3)(b)(i) directs the Clerk of Court to issue an arrest warrant *in rem* for the arrest of the Defendant Articles.

WHEREFORE, the United States respectfully requests that the Clerk of the Court issue the attached warrant of arrest *in rem*.

Respectfully submitted,

SHERRI A. LYDON
United States Attorney

By:   s/ Carrie Fisher Sherard
CARRIE A. FISHER SHERARD
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC   29601
(864) 282-2111
Carrie.A.Fisher@usdoj.gov